# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| LENARD WIGFALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:11-cv-00291 |
| v. ) | |
| ) | JURY DEMANDED |
| HEALTHCARE SERVICES GROUP, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the above captioned case has been resolved and is voluntarily dismissed with prejudice against the Defendant, Healthcare Services Group, Inc.

AGREED:

**GILBERT RUSSELL McWHERTER PLC**

/s Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
Republic Centre/ 633 Chestnut St, Suite 600
Chattanooga, TN 37450
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com

Jonathan L. Bobbitt (TN Bar No. 23515)
101 North Highland Ave
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jbobbitt@gilbertfirm.com

ATTORNEYS FOR PLAINTIFF

s/ Kenneth D. Kleinman
Kenneth D. Kleinman, Esquire
Stevens & Lee, PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: 215-751-1946
kdk@stevenslee.com

Rosemary L. Hill, Esquire
Chambliss, Bahner & Stophel, PC
1000 Tallan Building │Two Union Square
Chattanooga, TN 37402
Telephone: 423-757-0242
rhill@cbslawfirm.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court electronic filing system, to the following on this the 30th day of December, 2011:

Kenneth D. Kleinman, Esquire
Stevens & Lee, PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Rosemary L. Hill, Esquire
Chambliss, Bahner & Stophel, PC
1000 Tallan Building │Two Union Square
Chattanooga, TN 37402

/s Justin S. Gilbert